# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
| :
ANDREW BUCHANAN, | :
104 NW 36th Street | :
Seattle, WA 98107 | :
| :
    Plaintiff, | :
| :   Civil Action No.: 1:17-CV-000139
v. | :
| :   COMPLAINT AND JURY
SHAPARD RESEARCH, LLC, | :   DEMAND
820 NE 63rd Street | :
Oklahoma City, OK 73105 | :
| :
    Defendant. | :
| :
_____:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, ANDREW BUCHANAN ("Buchanan" or "Plaintiff"), brings this complaint in

the United States District Court for the District of Columbia against SHAPARD RESEARCH,

LLC ("Shapard" or "Defendant"), alleging as follows:

## PARTIES

1.   Plaintiff is an established commercial photographer of twenty (20) years experience. Plaintiff

produces high-quality arial, abstract, and architectural photographs, and regularly works for

a wide variety of commercial and advertising clients. Plaintiff is a United States citizen and

resides in Seattle, Washington. Plaintiff regularly works for clients such as Alaska Airlines,

University of Washington, Skansa Construction, and CoughlinPorterLundeen Engineers.

Plaintiff maintains a business website, www.subtlelightphoto.com, and a stock website, www.homeandgardenphotos.com. Both websites display an extensive selection of Plaintiff's photography.

2.  On information and belief, Defendant is a limited liability company existing under the laws of the State of Oklahoma, with headquarters in Oklahoma City, Oklahoma. Defendant is a national market research and polling company specializing in data collection throughout the United States.

## JURISDICTION AND VENUE

1.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.  This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that a substantial part of the acts of infringement complained of herein occurred in this District.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

4.  On June 27, 2013, Plaintiff executed a contract with Hoffman Construction to photograph the interior of the ProCure facility at Northwest Hospital. (EXHIBIT A)

5.  Plaintiff captured the photograph, "df029201" ("Copyrighted Photograph") on July 20, 2013 at the Seattle ProCure facility at Northwest Hospital, located in Seattle, Washington. Plaintiff

captured the Copyrighted Photograph using multiple exposures, sophisticated lighting, and a

support crew. (EXHIBIT B)

6.   Plaintiff registered Copyrighted Photograph with the United States Copyright Office on July

23, 2013 (Registration No.: 1-148-036). (EXHIBIT C)

7.   Plaintiff posted the Copyrighted Photograph on www.subtlelightphoto.com on or about

August 1, 2013.

8.   Beginning on or about February 2, 2015, Defendant copied and posted the Copyrighted

Photograph to the company's website, www.soonerpoll.com, to accompany an article on

Oklahoma House Bill 1515.

9.   The Copyrighted Photograph was posted to the following URL: www.soonerpoll.com/

oklahomans-want-physician-prescribed-treatment. (EXHIBIT D)

10.  Defendant posted links to Twitter, Facebook, Google Plus, and Pintrest directly below the

article referenced in Paragraph 8.


COUNT I

INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

11.  Plaintiff incorporates herein by this reference each and every allegation contained in each

paragraph above.

12.  Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive

rights under United States copyright with respect to certain copyrighted photograph,

including but not limited to the Copyrighted Photograph, the copyrighted photograph

identified in Exhibit B attached hereto, of which is the subject of a valid Certificate of

Copyright Registration issued by the Register of Copyrights. The date of registration for

Copyrighted Photograph is within three months of the initial publication of the work.

13. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the

exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted

Photograph to the public.

14. Plaintiff is informed and believes that Defendant, without the permission or consent of

Plaintiff, has copied and used the Copyrighted Photograph on Defendant's public website,

www.soonerpoll.com. In doing so, Defendant violated Plaintiff's exclusive rights of

reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's

copyrights and exclusive rights under copyright.

15. Plaintiff is informed and believes that the foregoing act of infringement was willful and

intentional, in disregard of and with indifference to the rights of Plaintiff.

16. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under

copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for

Defendant's infringement of the Copyrighted Photograph. Plaintiff is further entitled to his

attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## COUNT II

## CONTRIBUTORY INFRINGEMENT

17. Plaintiff is informed and believes that Defendant, without the permission or consent of

Plaintiff, knowingly made available and encouraged visitors to share the Copyrighted

Photograph.

18. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

19. As a result of Defendant's actions, Plaintiff is entitled to statutory damages or such other and further relief as is just and proper.

## COUNT III

## REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202

20. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, removed copyright information management information from the Copyrighted Photograph by cropping out such information before displaying the Copyrighted Photograph on Defendant's public website, www.soonerpoll.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

21. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(b)(3). Plaintiff is further entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B.   Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.   Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D.   Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.   Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.   Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: January 20, 2017


_____/s/__*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

## EXHIBIT A



ANDREW BUCHANAN

PHOTOGRAPHER

### Estimate/Contract #13-0514

Client:                    Justin Paterson for Hoffman Construction

Estimate Date:             unsigned estimate valid through July 15, 2013

Job and date(s):           Using high resolution digital capture on one day of photography on Sat., July 20,
                           2013, produce interior images at the Seattle ProCure facility, for use in Client's marketing, and
                           web + Local Print advertising.  Shots to be completed in order of priority include:

- Cyclotron, Beam Line, Gantry, Lobby, Nurses' Station, and Patient Corridor; no
  provisions are being made to include people/models unless told otherwise.

For the stated fee, Client will receive all images photographed (after edit) as ~1MB equivalent
jpeg files (approximately 10" high at screen resolution) intended for website use, emailing,
electronic presentations, and other on-screen uses.  In addition, once photography is complete
Client will view a private web gallery of the available images and may choose up to six images
total from the gallery, to also have delivered as highest-resolution TIFF files (approx. 50-
60MB) for their own use as described below for twenty years.  This is the size necessary for
any printed output larger than just a few inches, including portfolio or wall prints, offset printing,
and advertising.  Each additional high-rez image beyond the included five will be $150 each.
One included image delivery will be electronically via FTP, or a hard copy delivery is available
for an additional fee.

Usage & Rights:            For the stated fee, Client will license unlimited, non-exclusive, print and Web
                           Marketing, and Web + Local Print Advertising uses to all of the delivered images for twenty
                           years from final invoice.

• Marketing Usage is defined as any client-branded media paid for and produced by the client
and distributed for free for the purpose of promoting the company to employees, clients and
potential clients, and the public.  Printed or electronic client-branded portfolios, brochures,
websites, blogs, social media pages, newsletters, wall prints, slideshows, cut sheets, RFP's,
contest submissions, and trade show displays are all examples of Marketing uses and are all
included for this fee.  Please note that due to the free-sharing nature of social media, use on
social media sites is contingent on using the watermarked versions provided for that purpose.

• Editorial PR Usage is defined as providing images for "free art" handouts whose publication by
any outside publication or website (including consumer or trade magazines, newspapers,
journals, third-party blogs, or non-client branded social media sites) directly mentions and
promotes the original Client.  Editorial PR Usage is not included for this fee.

• Web + Local Print Advertising Usage is using the images in any web-based media, or in any
print media which appears primarily within the Puget Sound market (examples include 425,
Seattle H&L, or Seattle Met magazines; Daily Journal of Commerce, Puget Sound Business
Journal, or Seattle Times newspapers), which is produced and branded by a third party and

for which space is purchased, bartered, or traded for placement.  Use in local magazine, newsletter, or trade publication ads or advertorials, on billboards, posters, or signs, or on any third-party web sites are examples of these advertising usages and <u>are also included for this fee.</u>

Photographer in no way relinquishes, assigns, sells, or transfers his copyright, and this license may not be assigned, granted, transferred, or sold in whole or part unless noted above.  All uses not included above must be granted in writing prior to use.  Non-exclusive rights mean the Photographer may also use the images for any self-promotional uses, or may re-license any of the images from the shoot(s) as stock for editorial or commercial purposes.  Any third party wishing to license photos after-the-fact must do so directly from Photographer.

Terms:    No commitments are final and no dates will be reserved until a signed copy of this estimate is received in our office -- please sign final page and return all pages. Permission and access from property owners will be the responsibility of the client as will ensuring the condition of the site to be photographed.  Once on site, the inability to photograph due to problems of access or site condition will constitute a cancellation.  No rights are granted until after full payment is received and all discounts expire thirty days after invoice.


TERMS AND CONDITIONS, v.08/12corp.
Unless superseded elsewhere herein

**A. Definitions:** "Photographer" refers to Andrew Buchanan, d.b.a, Subtle Light Photography.  "Client" refers to the commissioning party or company named herein, its representatives, successors, assigns, agents and affiliates.
**B. Payment, Late Fees, & Refunds:** Final invoice will be sent with final image delivery, or seven days after posting of select web gallery, whichever comes first and will be due in full within 30 days.  All payments are credited the day they are received in our office, and all stated discounts expire 30 days after invoice date.  A one-time re-billing fee of $35 PLUS a 1% service charge on unpaid balance is applied after the first 30 days.  At each subsequent 30 day interval from invoice date, a service charge that is the greater of $35 OR 1% of the unpaid balance will be added.  Returned checks are subject to a fee that is the greater of $35 or 5% of the check.  Adjustment of terms or conditions must be requested within seven (7) days of invoice date.  Payment of invoice and/or publication of photos shall indicate acceptance of all stated fees and conditions and no refunds are available.
**C. Copyright & Grant of Rights:** Unless stated elsewhere, all photographs, digital files, and other intellectual property created for Client remain the property of the Photographer and are licensed to Client per the terms of this agreement.  This is not a work-for-hire agreement and Client may not distribute, sell, trade, or otherwise allow use of the images by any third party unless stated herein.  In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00.  Photographer shall be entitled to recover the greater of Photographer's actual damages, a sum no less than three times (3x) the normal fee for such use, or statutory damages in a sum not to exceed $20,000.00, in cases of non-willful infringement.  In each instance, Photographer shall be entitled to recover reasonable attorneys' fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages.
**D. Return of Film/Prints, Destruction of Digital Files, and Duplicate Files:** Client assumes all risk for all photographic & digital material supplied by Photographer from time of receipt by Client and agrees that reimbursement value of lost/damaged film originals shall be $2000 / original.  For digital originals, Client recognizes that Photographer makes no warranties or guarantees as to the availability of digital files beyond initial delivery.  Duplicate files, if available, will be supplied by Photographer at then-current rates for such service.  Client agrees to discontinue using and destroy all digital files upon expiration of the usage license.
**E. Indemnity:** Client hereby indemnifies and holds Photographer harmless against any and all liabilities, claims, and expenses, including reasonable attorneys' fees, arising from Client's use of Photographer's work. Client assumes insurer's liability (a) to indemnify Photographer for all loss, damage, or misuse of any photographs: and (b) to return all analog photographs prepaid, fully insured, undamaged, by bonded messenger or overnight delivery service.
**F. Alterations:** Client will not make or permit any alterations, additions, or subtractions in respect of the photographs, except as necessary for normal reproduction processes.
**G. Default:** In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms herein, including Photographer's reasonable attorneys' fees.
**H. Releases:** Photographer is not responsible for obtaining model, property, or other releases in connection with any of the photographs licensed herein unless specifically stated herein.
**I. Reshoots:** Client acknowledges that photography is a naturally subjective process and agrees to accept Photographer's demonstrated skill and best professional judgment with regard to the making, propping, and execution of the photographs, unless

1000 N. Northlake Wy, #138          www.subtlelightphoto.com          206.524.5825
Seattle, WA  98103                                                    Est. 13-0514; pg. 2/3

the Client or their fully authorized representative is present during the making of the photographs to approve or reject images at that time.  If no Client representative was present, then Client will be charged full fees and expenses for the original shoot, and also for any reshoot required by Client.  For a reshoot required because of an act of God or the fault of a third party, Client will be charged full fees and expenses for the original shoot and will pay all additional expenses and established mark-ups for the reshoot, but Photographer will charge no reshoot fee. If Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expense covered by insurance. A list of exclusions from such insurance will be provided on request.

**J. Cancellations & Postponements**: Photographer acknowledges that normal delays happen as part of the photography process and will make every effort to accommodate postponements without charge.  Client acknowledges that postponements and delays effect scheduling of projects for Photographer's other clients and suppliers, and therefore acknowledges the value in maintaining any scheduled shoot date.  Once signed this contract must be executed within ninety (90) days of signature or it will be considered a cancellation, unless otherwise stipulated.  In addition, once a shoot date has been established, Photographer may charge up to 50% of his total estimated fees & charges for any postponement or delay.  For all cancellations, Client is responsible for payment of all expenses incurred up to the time of cancellation, including established mark-ups, plus 50% of Photographer's fees & charges.  If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged expenses plus 100% fee.  Unless otherwise agreed, Client will be charged expenses plus 50% fee for weather delays once on location, but only expenses plus 25% fee if delay occurs before departure to location.

**K. Governing Law:** This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence in the State of Washington, and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of Washington and for all purposes shall be interpreted in its entirety in accordance with these laws. Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of Washington or the United States District Court for the District of the State of Washington.  Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience.  In the event of any award or judgment in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses, and legal interest on such award, judgment, or settlement.

Fees & Charges:

| | |
|---|---|
| Photographer's Fee includes scouting, creative, photography, and licensing described above: | $1215.00 |
| Digital Production Charges includes capture, RAW file processing, preview galleries, final file prep of up to 6 finished TIFF files, and one delivery via FTP: | 400.00 |
| Other production charges including min. expendables charge, assistant's charges, mileage beyond 50 free miles, & props as necessary: | 335.00 |
| Total Estimate based on stated project: | $1950.00 |

Submitted by:
(Signature and Date)                            06/27/13

Accepted by:
(Signature and Date) _____

1000 N. Northlake Wy, #138          www.subtlelightphoto.com          206.524.5825
Seattle, WA  98103                                                                          Est. 13-0514; pg. 3/3

EXHIBIT B



EXHIBIT C



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-148-036

**Effective date of
registration:**

July 23, 2013

---

**Title**
Title of Work: Buchanan-SLP_unpublished images 28019-29255

**Completion/Publication**
Year of Completion: 2013

**Author**
- Author: Andrew C. Buchanan
  Pseudonym: Subtle Light Photography
  Author Created: photograph(s)

  Work made for hire: No
  Citizen of: United States
  Year Born: 1967
  Pseudonymous: Yes

**Copyright claimant**
Copyright Claimant: Andrew C. Buchanan
6250 30th Avenue NE, Seattle, WA, 98115, United States

**Rights and Permissions**
Name: Andrew C. Buchanan
Email: andrew@subtlelightphoto.com          Telephone: 206-524-5825
Address: 6250 30th Avenue NE
Seattle, WA 98115  United States

**Certification**
Name: Andrew C. Buchanan
Date: July 23, 2013
Applicant's Tracking Number: unpub_28019-29255

Page 1 of 1



EXHIBIT D



About the Poll

The poll of 303 likely voters in Oklahoma was commissioned and conducted Nov 17-24, 2014 by live interviewer and included 71 cellphone and 232 landline users. The margin of error is plus or minus 5.64 percentage points.

Poll results were weighted by age and congressional district, stratified by Oklahoma likely voters statewide. This poll conforms to the Standards of Disclosure of the National Council on Public Polls. A complete description of the methodology can be found here.

The poll's Call Disposition and Rate Calculation report can be viewed here.

Sign Up to see what your friends like.

   

## SIMILAR ARTICLES



### Lankford leads in favorability

*Nov 23, 2015*    0    197



### News9/Newson6: More Oklahomans Oppose Death Penalty If Given Alternative

*Nov 19, 2015*    0    228